PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** LONG, Eric  **Docket Number:** 07-00115-007
**PACTS Number:** 46783

**Name of Sentencing Judicial Officer:** Honorable Peter G. Sheridan, U.S.D.J.

**Date of Original Sentence:** 03/05/09

**Original Offense:** Conspiracy to Distribute and Possession with Intent to Distribute MDMA

**Original Sentence:** Time served; 3 years supervised release; $100 special assessment. Special Conditions: 1) drug testing/treatment; 2) no gang affiliation; 3) DNA collection; 4) mental health treatment (modified); and 5) domestic violence counseling (modified).

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 03/05/09

**Assistant U.S. Attorney:** Joseph Gribko, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Anthony Mack, 60 Park Place, Suite 1104, Newark, New Jersey 07102 (973) 624-7800

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On or about April 21, 2010, Long was named in a criminal complaint for his role in a domestic dispute in which he threatened his sister with violence. The case was dismissed within Orange Municipal Court on June 17, 2010. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On July 30, 2010, the offender was arrested by the East Orange, New Jersey Police Department as part of an on-going narcotic distribution investigation. He was charged with three (3) drug-related offenses. The case is pending disposition within New Jersey Superior Court, Essex County. |

3   The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

Regarding the July 30, 2010 arrest detailed within Violation #2, the following individuals are co-conspirators with prior felony conviction(s): Pierre Collins (SBI # 399653C), Jerome Clark (SBI # 309739C), Quran Condrey (SBI # 783893C), and Jason Hunter (SBI # 471387C). Such association was never permitted by the Probation Office.

4   The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Long failed to notify the undersigned Probation Officer about the arrest and/or contact with law enforcement detailed in Violation #1 within the allotted time period.

5   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report to the probation office as directed on June 9, 2009. In addition, he failed to submit a monthly written report within the allotted time period for the following months: March 2009, April 2009, and May 2009.

6   The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

In May 2010, due to his long-lasting unemployment status, the undersigned Probation Officer instructed Long to participate and complete an in-house, 10-week Job Readiness Program. Long failed to fulfill certification requirements by excessive absenteeism and tardiness.

PROB 12C - Page 3
Eric Long

7     The offender has violated the supervision condition which states '**The defendant is to refrain from associating with, or being in the company of, any members of the Crips street gang, or members of any other street gang. The defendant shall be restricted from frequenting any location where the Crips street gang members are known to congregate or meet; shall not wear, display, use, or possess any insignia, emblem, logo, jewelry, cap, hat, bandana, shoelace, or any article of clothing which has any Crips significance or is evidence of affiliation with, or membership in the Crips street gang.**'

Regarding the July 30, 2010 arrest detailed within Violation #2, co-conspirator Pierre Collins (SBI # 399653C), is a member of the Crips street gang.

In addition, during an office visit on March 16, 2010, Long wore a purple Colorado Rockies hat that displayed the letters "CR." Long is a member of the Grape Street Crips, a "set" or "sub-chapter" of the Crips street gang, and their main gang-affiliated color is purple.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer

Date: 08/06/10

---

THE COURT ORDERS:

[X] The Issuance of a Warrant to Act as a Detainer in Essex County and Bail Revoked.
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/11/10
Date